**ELECTRONIC RECORD**          **059-15**

COA #   05-13-01068-CR                   OFFENSE:  22.02

STYLE:   Matthew James Ayers v. The State
         of Texas                        COUNTY:  Dallas

COA DISPOSITION:   AFFIRM                TRIAL COURT:  Criminal District Court No. 4

DATE: 12/31/2014          Publish: NO   TC CASE #:   F-0301252-K

## IN THE COURT OF CRIMINAL APPEALS

**059-15**
**060-15**

STYLE:   Matthew James Ayers v. The State
         of Texas                        CCA #:  _____

_____APPELLANT'S_____ Petition           CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:  _____

_____REFUSED_____                        JUDGE:  _____

DATE: ____04/15/2015____                 SIGNED: _____    PC: _____

JUDGE: ____Per Curiam____                PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____